# BALLON STOLL BADER & NADLER P.C.

COUNSELLORS AT LAW   FOUNDED 1931

729 SEVENTH AVENUE
17TH FLOOR
NEW YORK, NY 10019
Ph: 212-575-7900
www.ballonstoll.com

January 29, 2020

DANIELLE K. CONN ROSENBERG, ESQ.
(212) 575-7900, ext. 3319
drosenberg@ballonstoll.com

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/20

Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1000

Re: **Azab v. The City of New York, et al.
Case No. 18-cv-07004 (JGK)
Our File No. 20739.001**

# MEMO ENDORSED

Dear Magistrate Moses:

This firm represents the plaintiff, Abdelim Azab, in the above-referenced matter. We write to respectfully request an adjournment of the Settlement Conference currently scheduled for February 4, 2019. This request is made with the consent of defense counsel. The adjournment is requested as the parties, due to several scheduling conflicts, have not had opportunity to conduct depositions in the matter. As such, it is not possible for the parties to thereby engage in good-faith settlement discussions nor would a settlement conference be fruitful at the present time. The parties would like additional time to engage in further discovery that would make a settlement conference before Your Honor productive. This is the second request for an adjournment of the settlement conference.

Thank you for your attention herein.

Respectfully submitted,

*s/Danielle Conn Rosenberg*
DANIELLE K. CONN ROSENBERG (DR0625)

cc: Danielle Dandrige, Esq. (via ECF)
Dominique Saint-Fort, Esq, (via ECF)
Marshall Bellovin, Esq. (via ECF)

---

Application GRANTED. The settlement conference scheduled for **February 4, 2020, at 2:15 p.m.**, is ADJOURNED *sine die*. Promptly upon the scheduling of all outstanding depositions, the parties shall file a joint letter advising the Court of (1) the date(s) on which those depositions are scheduled, and (2) all dates within four weeks of the last of those depositions on which the parties and their counsel are available for a rescheduled settlement conference. Judge Moses ordinarily conducts settlement conferences Monday through Thursday afternoons, commencing at 2:15 p.m.

SO ORDERED.

Barbara Moses, U.S.M.J.
January 29, 2020