

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDELIM AZAB,

        Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

        Defendants.

18-CV-7004 (JGK)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Discovery having concluded (*see* Dkt. No. 78), the parties are directed to advise the Court by joint letter, no later than **July 31, 2020**, whether they believe a judicially supervised settlement conference would be productive.

Dated: New York, New York
      July 24, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**