UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDELIM AZAB,

        Plaintiff,

  -against-

CITY OF NEW YORK, et al.

        Defendants.

18-CV-7004 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference currently scheduled for September 28, 2020, at 2:15 p.m., is ADJOURNED to **November 2, 2020, at 2:15 p.m**. Although the Court has received confidential settlement letters from both parties, the Court has not yet received plaintiff's Acknowledgment Form. (Dkt. No. 81 ¶ 4.) Plaintiff shall submit his Acknowledgment Form, and serve it on defendants, no later than October 26, 2020. The parties need not resubmit their confidential settlement letters unless further settlement negotiations occur (which the Court encourages), in which case the parties shall update the Court, by joint letter submitted confidentially to Moses_NYSDChambers@nysd.uscourts.gov, no later than October 26, 2020. All other provisions of the August 13, 2020 Order Scheduling Settlement Conference remain in effect.

Dated: New York, New York
       September 22, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**