UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDELIM AZAB

               Plaintiff,

         - against -

CITY OF NEW YORK, ET AL.

               Defendants.

18 cv 7004 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2020

JOHN G. KOELTL, District Judge:

    The parties should respond to the application to unseal any sealed documents in this case at Dkt. No. 86 by **November 2, 2020**. The applicant may reply by **November 16, 2020**. A copy of this Order will be sent to the applicant at his email address.

SO ORDERED.

Dated:    New York, New York
            October 19, 2020

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                       United States District Judge