```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**ABDELIM AZAB,**

                Plaintiff,        18 Civ. 7004 (JGK)

    - against -              ORDER

**THE CITY OF NEW YORK, ET AL.,**

                Defendants.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The Court has received the application by Towaki Komatsu dated November 14, 2020 to unseal records in this case. The docket sheet does not reveal specific sealed records. To the extent that the applicant refers to settlement negotiations, the applicant has failed to show that there is a compelling reason to unseal settlement discussions in this case. Therefore, the application is **denied.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **December 9, 2020**              ___/s/ John G. Koeltl___

                                                   **John G. Koeltl**
                                       **United States District Judge**